# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PETER D. PETROSKY,

    *Petitioner*,

vs.

JACK PALMER, *et al.*

    *Respondents*.

3:10-cv-00361-RCJ-RAM

ORDER

    This habeas matter under 28 U.S.C. § 2254 comes before the Court following upon the notice (#11) of appearance by counsel with the Federal Public Defender.

    IT THEREFORE IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Ryan Norwood, Esq., appearing as petitioner's counsel of record.

    IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition and/or to seek other appropriate relief. See #6. The Court will screen any amended petition filed prior to ordering a response from respondents. Nothing in the Court's orders operates to toll the running of any applicable limitation period as to any petition or claim.

    The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

    DATED: February 4, 2011

ROBERT C. JONES
United States District Judge