```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        MAY 1 1 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER D. PETROSKY, | |
| *Petitioner*, | 3:10-cv-00361-RCJ-WGC |
| vs. | ORDER |
| JACK PALMER, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#20) for an enlargement of time is GRANTED *nunc pro tunc*, and the time for petitioner to respond to the Court's show cause order is extended up to and including March 23, 2012.

DATED:   This 11th day of May, 2012.

_____
ROBERT C. JONES
Chief United States District Judge