# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

_____
)
PETER D. PETROSKY,                       )
                                         )
              Plaintiff,                 )          3:10-cv-00361-RCJ-WGC
                                         )
       vs.                               )
                                         )
JACK PALMER et al.,                      )              **ORDER**
                                         )
              Defendants.                )
_____)

      This is a habeas corpus petition by a state prisoner under 28 U.S.C. § 2254.  The Court previously granted a motion to stay and abey.  Petitioner has asked the Court to reopen the case, noting that he has now exhausted the previously unexhausted claims in his mixed Petition.  Petitioner also requests an extension of time to file a motion for leave to amend the Petition, which he has filed within the requested extension.  The Government has not opposed any of the motions.

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reopen Case (ECF No. 27), the Motion to

Extend Time (ECF No. 36), and the Motion to Amend (ECF No. 37) are GRANTED, and the

stay is LIFTED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge