# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PETER D. PETROSKY,

    Petitioner,   JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER: **3:10-cv-00361-RCJ-WGC**

JACK PALMER, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the second-amended petition (ECF No. 42) is DENIED in its entirety.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

September 28, 2017                                     **DEBRA K. KEMPI**
                                                       Clerk

                                                        /s/ K. Rusin
                                                       Deputy Clerk